**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUN **1 7** 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )    No. S1-4:15 CR 163 RWS/NCC
)
DAVID MICHAEL HAGLER, )
)
    Defendant. )

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about May 22, 2010, in the Eastern District of Missouri,

### DAVID MICHAEL HAGLER,

the Defendant herein, in connection with the acquisition of a firearm, that is a Glock make, 22

model, .40 mm caliber, semi-automatic pistol, bearing serial number HNU392,

from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code,

knowingly made a false and fictitious written statement to Cabela's, which statement was

intended and likely to deceive Cabela's, as to a fact material to the lawfulness of such sale of

said firearm to the defendant under Chapter 44 of Title 18, in that defendant represented that he

was not an unlawful user of marijuana, or any other controlled substance, and that he had never

been convicted in any court of a misdemeanor crime of domestic violence;

In violation of Title 18, United States Code, Section 922(a)(6), and punishable under

Title 18, United States Code, Section 924(a)(2).

## COUNT II

The Grand Jury further charges that:

On or about January 19, 2013, in the Eastern District of Missouri,

### DAVID MICHAEL HAGLER,

the Defendant herein, in connection with the acquisition of a firearm, that is a Taurus make, Circuit Judge SCJ4510 model, .45 Long Colt/.410 gauge, revolving rifle, bearing serial number ER7748,

from Goldenland's Tactical Adventures, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement to Goldenlands Tactical Adventures, which statement was intended and likely to deceive Goldenland's Tactical Adventures, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that defendant represented that he was not an unlawful user of marijuana, or any other controlled substance, and that he had never been convicted in any court of a misdemeanor crime of domestic violence;

In violation of Title 18, United States Code, Section 922(a)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT III

The Grand Jury further charges that:

On or about March 5, 2015, in the Eastern District of Missouri,

### DAVID MICHAEL HAGLER,

2

the Defendant herein, did knowingly possess a machinegun, that is a Glock make, 22 model, 9 mm caliber, pistol, bearing serial number HNU392, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Section 922(o) and punishable under Title 18, United States Code, Section 924(a)(2).

**COUNT IV**

The Grand Jury further charges that:

On or about March 26, 2015, in the Eastern District of Missouri,

**DAVID MICHAEL HAGLER,**

the Defendant herein, who had been convicted of a misdemeanor crime of domestic violence, to wit: Assault Third Degree with Injury, on November 16, 1995, in the 22nd Judicial Court of Missouri, Cause #22-959-03265; did knowingly possess in and affecting interstate commerce a firearm, that is;

a)  Taurus make, Circuit Judge SCJ4510 model, .45 Long Colt/.410 gauge, revolving rifle, bearing serial number ER7748;

b)  Marlins Firearm Company make, 60 model, .22 Long rifle caliber, semi-automatic rifle, bearing serial number 17377339;

c)  Marlins Firearm Company make, 60 model, .22 Long rifle caliber, semi-automatic rifle, bearing serial number 15500035;

d)  Mosin-Nagant make, 1895 Russian model, 7.62 x 54 caliber, bolt action rifle, bearing serial number 231852;

e)  Winchester make, 94 model, 30-30 WIN caliber, lever action rifle, bearing serial number 2948040;

f)  Mosin-Nagant make, M44 Russian model, 7.62 x 54 caliber, semi-automatic rifle, bearing serial number M44074718;

g)  Norinco make, SKS model, 7.62 x 39 mm caliber, semi-automatic rifle, bearing serial number 20001401;

3

h)   Mossberg make, 500A model, 12 gauge, pump shotgun, bearing serial number L865552;

i)   Rock River Arms make, LAR-15 model, 5.56 mm caliber, semi-automatic rifle, bearing serial number KT1071247;

j)   Norinco make, SKS model, 7.62 x 39 caliber, semi-automatic rifle, bearing serial number 11017893P;

k)   Remington make, 770 model, 300 WIN caliber, bolt action rifle, bearing serial number 71574078;

l)   Mossberg make, 500C model, 20 gauge, pump shotgun, bearing no serial number;

m)   Bushmaster make, XM15-F2X model, .223/5.56 mm caliber, semi-automatic pistol, bearing serial number L041771;

n)   Mosin-Nagant make, M44 Russian model, 7.62 x 54 caliber, bolt action rifle, bearing serial number PC2572;

o)   Turkish Military Factory make, 1933 model, 8 mm caliber, bolt action rifle, bearing serial number 4132;

p)   Marlins Firearm Company make, 1894 CP model, .357 Magnum/.38 Special caliber, lever action rifle, bearing serial number 99067097;

q)   Mossberg make, 500C model, 20 gauge, pump shotgun, bearing no serial number;

r)   Mossberg make, 500E model, .410 gauge, pump shotgun, bearing serial number L757106;

s)   Dan Wesson make, 715 model, .357 Magnum caliber, revolver, bearing serial number S010429;

t)   Sturm, Ruger & Co. make, SP101 model, .357 Magnum caliber, revolver, bearing serial number 57300130;

u)   Smith and Wesson make, 629-5 model, .44 Magnum caliber, revolver, bearing serial number CEV9091;

v)   Glock make, 26 model, 9mm caliber, semi-automatic pistol, bearing serial number MZN339;

w)   Smith and Wesson make, 3913 model, 9mm caliber, semi-automatic pistol, bearing serial number TJB8101;

4

x)    Hi-Point Firearms make, JCP model, .40 S&W caliber, semi-automatic pistol, bearing serial number X772198;

y)    Davis Industries make, P380 model, .380 auto caliber, semi-automatic pistol, bearing serial number AP225243;

z)    Beretta make, 21A model, .22 Long rifle caliber, semi-automatic pistol, bearing serial number BAS46979U;

aa)   Taurus make, 94 model, .22 Long rifle caliber, revolver, bearing serial number NE16465;

bb)   Glock make, 22 model, .40 S&W caliber, semi-automatic pistol, bearing serial number HER567;

cc)   Kel-Tec make, PF-9 model, 9mm Luger caliber, semi-automatic pistol, bearing serial number SBG98;

dd)   H&R make, 939 model, .22 caliber, revolver, bearing serial number U20177;

ee)   Iver Johnson's make, Top Break Third model, .38 S&W caliber, revolver, bearing serial number Q35365;

ff)   Belgian make, unknown model, 7.5 mm caliber, revolver, bearing no serial number.

In violation of Title 18, United States Code, Section 922(g)(9) and punishable under Title

18, United States Code, Section 924(a)(2).

## COUNT V

The Grand Jury further charges that:

On or about March 26, 2015, in the Eastern District of Missouri,

### DAVID MICHAEL HAGLER,

the Defendant herein, then being an unlawful user of marijuana, a controlled substance as

defined in Title 21, United States Code, Section 802,

did knowingly possess in and affecting interstate commerce, a firearm, that is;

5

a) Taurus make, Circuit Judge SCJ4510 model, .45 Long Colt/.410 gauge, revolving rifle, bearing serial number ER7748;

b) Marlins Firearm Company make, 60 model, .22 Long rifle caliber, semi-automatic rifle, bearing serial number 17377339;

c) Marlins Firearm Company make, 60 model, .22 Long rifle caliber, semi-automatic rifle, bearing serial number 15500035;

d) Mosin-Nagant make, 1895 Russian model, 7.62 x 54 caliber, bolt action rifle, bearing serial number 231852;

e) Winchester make, 94 model, 30-30 WIN caliber, lever action rifle, bearing serial number 2948040;

f) Mosin-Nagant make, M44 Russian model, 7.62 x 54 caliber, semi-automatic rifle, bearing serial number M44074718;

g) Norinco make, SKS model, 7.62 x 39 mm caliber, semi-automatic rifle, bearing serial number 20001401;

h) Mossberg make, 500A model, 12 gauge, pump shotgun, bearing serial number L865552;

i) Rock River Arms make, LAR-15 model, 5.56 mm caliber, semi-automatic rifle, bearing serial number KT1071247;

j) Norinco make, SKS model, 7.62 x 39 caliber, semi-automatic rifle, bearing serial number 11017893P;

k) Remington make, 770 model, 300 WIN caliber, bolt action rifle, bearing serial number 71574078;

l) Mossberg make, 500C model, 20 gauge, pump shotgun, bearing no serial number;

m) Bushmaster make, XM15-F2X model, .223/5.56 mm caliber, semi-automatic pistol, bearing serial number L041771;

n) Mosin-Nagant make, M44 Russian model, 7.62 x 54 caliber, bolt action rifle, bearing serial number PC2572;

o) Turkish Military Factory make, 1933 model, 8 mm caliber, bolt action rifle, bearing serial number 4132;

p) Marlins Firearm Company make, 1894 CP model, .357 Magnum/.38 Special caliber, lever action rifle, bearing serial number 99067097;

6

q)     Mossberg make, 500C model, 20 gauge, pump shotgun, bearing no serial number;

r)     Mossberg make, 500E model, .410 gauge, pump shotgun, bearing serial number L757106;

s)     Dan Wesson make, 715 model, .357 Magnum caliber, revolver, bearing serial number S010429;

t)     Sturm, Ruger & Co. make, SP101 model, .357 Magnum caliber, revolver, bearing serial number 57300130;

u)     Smith and Wesson make, 629-5 model, .44 Magnum caliber, revolver, bearing serial number CEV9091;

v)     Glock make, 26 model, 9mm caliber, semi-automatic pistol, bearing serial number MZN339;

w)     Smith and Wesson make, 3913 model, 9mm caliber, semi-automatic pistol, bearing serial number TJB8101;

x)     Hi-Point Firearms make, JCP model, .40 S&W caliber, semi-automatic pistol, bearing serial number X772198;

y)     Davis Industries make, P380 model, .380 auto caliber, semi-automatic pistol, bearing serial number AP225243;

z)     Beretta make, 21A model, .22 Long rifle caliber, semi-automatic pistol, bearing serial number BAS46979U;

aa)    Taurus make, 94 model, .22 Long rifle caliber, revolver, bearing serial number NE16465;

bb)    Glock make, 22 model, .40 S&W caliber, semi-automatic pistol, bearing serial number HER567;

cc)    Kel-Tec make, PF-9 model, 9mm Luger caliber, semi-automatic pistol, bearing serial number SBG98;

dd)    H&R make, 939 model, .22 caliber, revolver, bearing serial number U20177;

ee)    Iver Johnson's make, Top Break Third model, .38 S&W caliber, revolver, bearing serial number Q35365;

ff)    Belgian make, unknown model, 7.5 mm caliber, revolver, bearing no serial number.

7

In violation of Title 18, United States Code, Section 922(g)(3) and punishable under Title

18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney

8