UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:15 CR 163 RWS/NCC |
| v. | ) |
| | ) |
| DAVID MICHAEL HAGLER, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S SUPPLEMENTAL ATTACHMENTS TO RESPONSE TO
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

COMES NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said District, and files the following supplemental attachments to Response to Defendant's Motion to Suppress Evidence (Doc. # 36).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/  John J. Ware
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 /s/ John J. Ware
JOHN J. WARE, #40880MO
Assistant United States Attorney