AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Missouri



In the Matter of the Search of

he premises located at 1143 Howell, St. Louis, Missouri 63147. This location is more fully :scribed as a single story, single family residence, with beige colored siding, trimmed in white, a )vered wood porch across the front of the structure, trimmed in white, but the front porch does it have any stair access from ground level to the porch. There are no address numerals on the ructure. The rear yard contains a detached garage, a cabover camper, white in color, a secured )x trailer, white in color, an open trailer and at least three vehicles (green and brown imouflaged pick-up truck, a second green pick-up truck, and a red van.). (Photos Attached)

Case No. 4:15 MJ 63 DDN

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____

The premises located at 1143 Howell, St. Louis, Missouri 63147. This location is more fully described as a single story, single family residence, with beige colored siding, trimmed in white, a covered wood porch across the front of the structure, trimmed in white, but the front porch does not have any stair access from ground level to the porch. There are no address numerals on the structure. The rear yard contains a detached garage, a cabover camper, white in color, a secured box trailer, white in color, an open trailer and at least three vehicles (green and brown camouflaged pick-up truck, a second green pick-up truck, and a red van.). (Photos Attached)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT: LIST OF ITEMS TO BE SEIZED

YOU ARE COMMANDED to execute this warrant on or before _____April 7, 2015_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable David D. Noce_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 9:43 am Mar. 24, 2015

Judge's signature: *David D. Noce*

City and state: St. Louis, MO

Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 4:15 MJ 63 DDN | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT: LIST OF ITEMS TO BE SEIZED

The items to be seized are: evidence, contraband, fruits of a crime, items illegally possessed, or property used or designed or intended for use in committing violations of: Title 26, United States Code, Section 5861(d) (Possession of an Unregistered Firearm/Destructive Device); Title 26, United States Code, Section 5861(c) (Possession of a Prohibited Firearm); Title 18, United States Code, Section 922(g)(3) (Possession of a Firearm by a Person who is an Unlawful User or Addicted to a Controlled Substance); Title 18, United States Code, Section 922(g)(9) (Possession of a Firearm and Ammunition by a Person with a Misdemeanor Conviction for Domestic Violence); and Title 18, United States Code, Section 922(k) (Possession of a Firearm with Removed, Obliterated or Altered Serial Number) to include:

1. Firearms, ammunition, firearms accessories, including but not limited to: magazines, firearm cleaning supplies, owner's manuals, how to manuals, firearms literature, receipts, storage containers and cases and holsters, ownership records and indicia of ownership, records and documents related to the sale or transfers of firearms.

2. Cellular telephones, telephone bills, invoices, records, receipts for cellular telephone purchase/service.

3. Photographs of the individuals identified in the affidavit to this warrant including those evidently in possession of firearms.

4. Titles, deeds and documents reflecting ownership of vehicles and property located on the premises of the residence.

5. Evidence of occupancy and residence or storage locations under direct control including, but not limited to, utility and telephone bills, canceled envelopes, rental or lease agreements, and keys to the residence or storage locations.

6. Evidence concerning explosives, bombs, incendiary devices, or other firearms and destructive devices.

7. Receipts, documents, literature, or materials regarding explosives.

8. Evidence concerning associates, conspirators, and other persons who may be involved in, or relate to, the commission of the aforementioned offenses.

9. Narcotics and narcotics paraphernalia, including but is not limited to, ingestion devices, scales, plastic bags, and cutting agents.



Front of 1143 Howell