AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of



GOVERNMENT EXHIBIT 7C

: premises located at 1143 Howell, St. Louis, Missouri 63147. This location is more fully cribed as a single story, single family residence, with beige colored siding, trimmed in white, a ered wood porch across the front of the structure, trimmed in white, but the front porch does have any stair access from ground level to the porch. There are no address numerals on the cture. The rear yard contains a detached garage, a cabover camper, white in color, a secured trailer, white in color, an open trailer and at least three vehicles (green and brown iouflaged pick- up truck, a second green pick-up truck, and a red van.). (Photos Attached)

Case No.  4:15 MJ 63 DDN

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     EASTERN    District of    MISSOURI

The premises located at 1143 Howell, St. Louis, Missouri 63147. This location is more fully described as a single story, single family residence, with beige colored siding, trimmed in white, a covered wood porch across the front of the structure, trimmed in white, but the front porch does not have any stair access from ground level to the porch. There are no address numerals on the structure. The rear yard contains a detached garage, a cabover camper, white in color, a secured box trailer, white in color, an open trailer and at least three vehicles (green and brown camouflaged pick- up truck, a second green pick-up truck, and a red van.). (Photos Attached)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property lescribed above, and that such search will reveal *(identify the person or describe the property to be seized):*
SEE ATTACHMENT: LIST OF ITEMS TO BE SEIZED

YOU ARE COMMANDED to execute this warrant on or before     April 7, 2015     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the erson from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the roperty was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory ; required by law and promptly return this warrant and inventory to     Honorable David D. Noce
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose 'operty, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

ate and time issued:  9:43 am  Mar. 24, 2015        /s/ David D. Noce
                                                    *Judge's signature*

ty and state:   St. Louis, MO        Honorable David D. Noce, U.S. Magistrate Judge
                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:15 MJ 63 DDN | Date and time warrant executed:<br>3/26/15  7:30 AM | Copy of warrant and inventory left with:<br>INSIDE PREMISES |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

See Attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/30/15

Executing officer's signature

SA Ankur Patel
*Printed name and title*

Returned to Court
on April 1, 2015
David D. Noce
U S M J

FD-597 (Rev 8-11-94)
# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

Page 1 of 5

File #: 266H-SL-6129475

On (date) 3/26/2015

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name):
(Street Address): 1139/1143 Howell
(City): St Louis, MO

Description of Item(s):

Taurus ER7748 .45/.410 Circuit Judge

-.45 cal rounds

- 410 shotgun rounds

Thompson Center Arms Black Diamond .50 Cal Black Powder
Serial Number S32092

Marlin Model 60 22 Cal Rifle
Serial Number 17377339

Marlin Model 60 22 Cal Rifle
Serial Number 15500035

Russian Model 1895 Rifle
Serial Number 231852

Winchester Model 94 30 30 Cal
Serial Number 2948040

Russian Model M44 7.62 x 54 Rifle
Serial Number M44071652

Sinco SKS 7.62 Cal
Serial Number 20001401

Mossberg Model 500A .12 Gauge Shotgun
Serial Number L865552

.12 gauge shotgun rounds

Rock River Arms L8R-15 5.56M Rifle
Serial Number KT1071247

## UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File #: 266H-SL-6129475

Norinco SKS 7.62 x 39
Serial Number 11017893

Remington 770 Rifle 300 Win Mag
Serial Number 71574078

9- 300 win mag rounds

3- 300 win mag rounds

1 magazine

Mossberg 500C 20 Gauge Shotgun
No Serial Number

Bushmaster XM15-F25 223 Rifle
Serial Number L041771

60- .223 rounds

Russian M44 Rifle 7.65 x 54
Serial Number M44074718

9- 7.65 x 54 rounds

Turkish Rifle Unknown Caliber/Model
Serial Number 4132

Marlin 1894 CP 357 Mag/38 Special Rifle
Serial Number 99067097

Mossberg 500C 20 Gauge Shotgun
No Serial Number

Mossberg 500E 410 Gauge Shotgun
Serial Number L757106

Wesson Firearms Revolver 357 Magnum
Serial Number S010429

Sturm Ruger SP101 357 Mag Revolver
Serial Number 57300130

- .357 rounds

Smith & Wesson 529-5 44 Mag Cal
Serial Number CEV9091

- .44 cal rounds

Glock Mode 26 9MM Pistol
Serial Number MZN339

- 9MM rounds

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File #: 26SH-SL-6129475

Smith & Wesson Model 3913 Cal 9MM Pistol
Serial Number TJB8101

Hi-Point Firearms JCP .40 Cal Pistol
Serial Number 772198

Davis Daduskies P380 - 380 Cal Pistol
Serial Number AP225243

Beretta Model 21A .22LR Cal Semiauto Pistol
Serial Number BAS46979U

Taurus Model 94 22 Cal Revolver
Serial Number NE16465

Glock Model 22 .40 Cal Pistol
Serial Number HER567

KelTec PFG 9MM Luger Pistol
Serial Number 435002374

H&R 939 Ultra Sidekick .22 Cal Revolver
Serial Number U20177

Black Powder Pistol .50 Cal Traditions Trapen
Serial Number 14-13-000354-95

Dick Johnson Owl Head .32 Cal 5 Shot Revolver
Serial Number 35365

Unknown Make
Unknown Model
5 Shot Revolver
Blue Steel

2 boxes 8mm Mausek
170 GR - 20 rounds per box
Total 40 rounds

1 Box .32 Cal Smith & Wesson
45 Total Rounds

3 Rounds 9MM

34 Rounds 9MM

FD-597 (Rev 8-11-94)

Page 4 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property    Received/Returned/Released/Seized

File #: 266H-SL-6129475

- 8 - .12 gauge shotgun rounds
- 4 - 7.62 x 54 rounds
- 3 - .22 rounds
- 22 - .380 rounds
- 4 - spent shell casings
- 4 - screws
- 3 - unknown caliber bullets

| |
|---|
| Paper with law enforcement names and numbers |
| One (1) Plastic Pot containing dirt |
| Possible marijuana seeds in bag |
| One (1) Ammo Can 7.25 x 54 live rounds and 7.62 x 54 live rounds |
| One (1) Ammo Can containing .410 live rounds, .410 buckshot live rounds, 22 long ammo live rounds, 9MM live rounds, 44 spl/mag shot shells, 351357, slugs, shot shells, mag 12 gauge |
| Ballistic Vest |
| One (1) Green Bucket of live rounds including 30-30 win 150 gr powerpoint 22 short he, .22 cal |
| One (1) Green Bucket of live rounds including 223 rem 55 gr Z-max |
| One (1) green box containing 7.62 x 39 lrs |
| One (1) green box including 50 cal and 44 mag .225 gr ftx |
| One (1) green box containing LRS 40 S + W, 165 GR Full Metal Jacket w/ magazine |
| One (1) green bucket containing various ammo to include LR 40 cal rounds |
| One (1) white 5-gallon bucket containing LR ammo to include 12 gauge shot shell |
| Two (2) boxes 7.62 Russian ammo |
| Live rounds to include 12 gauge shotgun shells |
| Tactical belt with (20) 357 live rounds |
| One (1) box containing drug residue and paraphernalia |
| Bag containing green seeds located in 56 |
| Magazine with live rounds |

Received By _____    Received From _____

FD-597 (Rev 8-11-94)

Page 5 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

File #: 266H-SL-6129475

(signature) _____         (signature) _____