UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:15CR00163 RWS/NCC |
| v. | ) |
| | ) |
| DAVID MICHAEL HAGLER, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM FOR COURT REGARDING PRETRIAL MOTIONS**

Comes now Defendant, by and through counsel, and hereby states that Defendant will not be filing any additional pre-trial Motions with the Court, and is requesting to go forward and have a hearing on the previously filed motion to suppress evidence.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By: /s/ Matthew A. Radefeld
MATTHEW A. RADEFELD (#52288MO)
Attorneys for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. John Ware
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

By: /s/ Matthew A. Radefeld
MATTHEW A. RADEFELD