UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CR 163 RWS |
| | ) | |
| DAVID MICHAEL HAGLER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before me on Defendant David Michael Hagler's Motion to Suppress Evidence [60].

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Noelle C. Collins. Judge Collins held an evidentiary hearing and issued her Memorandum and Recommendations regarding Hagler's Motion to Suppress Evidence on September 22, 2015. The Defendant filed his objections to the recommendation on October 20, 2015.

On November 20, 2015, Defendant David Michael Hagler plead guilty to Count 3and Counts 1, 2, 4 and 5 were held in abeyance until his sentencing set for February 19, 2016 at 10:30 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendations of the United States Magistrate Judge [62] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant David Michael Hagler's Motion to Suppress Evidence [32] is **DENIED as moot**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2015.