David Michael Hayden
Case # 4:15-MJ-00061-DDN

**RECEIVED**
**FEB 29 2016**
**BY MAIL**

To whom it may concern

I have been requesting medical attention since April 2015. I sustained an injury while being detained at ste.gen. I have put in numerous medical requests to be treated. I am in constant pain. I can't stand for long periods of time I'm now getting bed sores from laying down to get relief from the pain. When I have talked to the medical staff I get the run around. I have been told I would get no treatment because my condition is not life threatening, not serious, marshal service won't approve, this was at ste.gen. When I got to st. charles the medical staff told me I was being expidited and would get treatment when I got to prison. This was in July 2015 and I had not even been to trial yet, next I was told by the doctor he would not refer me, then I was told the marshal service would not approve treatment, then they told me my treatment was elective. I also told my attourny to contact the marshal service, his reply to me was that the marshal service was not concerned. I spoke with the marshals first week of feb. 2016, there first responce was they would get me medical treatment and then I was told I would be released shortly and it would be out of their hands

(over)

because I would not be in custody
  it is now the end of feb 2016
and still no treatment. now I'm being
told my release date of Jan, 26, 2016
85% of 1 year and 1 day is discretionary and now
I will serve 100% and my release date is March
26, 2016 and still no medical treatment
  I believe my rights are being violated!!!
people get arrested and charged with neglect
  for treating animals like this!!!
my lack of treatment is criminal
  I am suffering, I am in pain!!!
  I want medical treatment or release me
so I can get treatment elsewhere

                              Sincerly,
                              David Michael Hagler

Hagler, David
SLC DOC
301 N. Second St.
St. Charles MO. 63301

MAILED FROM
ST. CHARLES COUNTY
DETENTION CENTER

Thomas F Eagleton U.S. courthouse
111. S. Tenth St.
St. Louis Mo. 63102
Room 3-300

RECEIVED
FEB 29 2016
BY MAIL